UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

STEVEN LEE OSTERDOCK, andCase No. 13-49969-wsd
JESSICA LEE OSTERDOCK,Hon. Walter Shapero
FKA JESSICA LEE SAURO,Chapter 7

Debtors.
_____/

CHARLES MEADOWS JR.

Plaintiff,Adv. Pro. No. 13-04940

v.

STEVEN LEE OSTERDOCK, and
JESSICA LEE OSTERDOCK,
FKA JESSICA LEE SAURO,

Defendants.
_____/

## **ORDER**

Plaintiff having filed this adversary proceeding against Debtors; the Court having held a trial; NOW THEREFORE, IT IS HEREBY ORDERED THAT, for the reasons stated in the contemporaneously entered Opinion, Plaintiff's request for relief is denied in its entirety.

```
Signed on October 07, 2014
                                             /s/ Walter Shapero
                                       Walter Shapero
                                       United States Bankruptcy Judge
```